IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-03194-DDD

PELEUS INSURANCE COMPANY, a Virginia corporation,

Plaintiff,

v.

JITA CONTRACTING, INC., a Colorado corporation; JOEL AGUILAR, an individual; ALEXI STANKIEWICZ aka ALEXI AGUILAR, an individual; WESTERN GRAVEL CONSTRUCTORS, LLC, a Colorado limited liability company; MCCARTY EXCAVATION AND CONSTRUCTION, INC., a Colorado corporation; and THE CINCINNATI INSURANCE COMPANY, an Ohio corporation,

Defendants.

---

**PLAINTIFF PELEUS INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

---

Plaintiff Peleus Insurance Company ("Peleus"), by and through its attorneys and pursuant to Fed. R. Civ. P. 7.1, provides the Court with the following corporate disclosure:

Peleus is incorporated in the state of Virginia with its principal place of business in Illinois. The parent of Peleus is Colony Insurance Company, an indirect subsidiary of Argo Group Holdings, Ltd., which is itself a publicly traded corporation.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: December 4, 2023         Respectfully submitted,

*/s/ Jay R. Graif*
Jay R. Graif
**FREEMAN MATHIS & GARY, LLP**
4343 N Scottsdale Road, Suite 150
Scottsdale, AZ 85251
Telephone:    602.813.0468
Email:            jay.graif@fmglaw.com

Lorne G. Hiller
**FREEMAN MATHIS & GARY, LLP**
Roundabout Plaza
1600 Division Street, Suite 590
Nashville, TN 37203
Telephone:    615.208.5899
Email:            lorne.hiller@fmglaw.com

*Attorneys for Peleus Insurance Company*

2